UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :   NOTICE OF INTENT TO
                                                              :   FILE AN INFORMATION
                    - v. -                                    :
                                                              :
IMAAD SHAH ZUBERI,                                            :
                                                              :
                    Defendant.                                :
                                                                  **20 CRIM 011**
-------------------------------------------------------------- 

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         January 3, 2020

                              GEOFFREY S. BERMAN
                              United States Attorney

                    By:   _____
                          Thomas McKay
                          Assistant United States Attorney

                          AGREED AND CONSENTED TO:

                    By:   _____
                          David Kelley, Esq.
                          Jeff Brown, Esq.
                          Attorneys for Imaad Shah Zuberi