USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

IMAAD ZUBERI

                Defendant

20 Cr. 11 (CM)

## Consent to Transfer of Case for Plea and Sentence (Rule 20)

I, Imaad Zuberi, defendant, have consented to the filing of an information in the above designated case. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Central District of California in which I am present, and to waive trial in the above captioned District.

Dated: 2/20/20 at Los Angeles

Imaad Shah Zuberi

Witness:

David Kelley, Esq.
Jeff Brown, Esq.

Approved

Geoffrey S. Berman
United States Attorney for the
Southern District of New York

Nicola T. Hanna
United States Attorney for the
Central District of California